BILL LIETZKE
P. O. BOX 4732
MONTGOMERY, ALABAMA   36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Utah

Case: 2:24-cv-00046
Assigned To : Pead, Dustin B.
Assign. Date : 1/16/2024
Description: Lietzke v. Greyhound Lines

BILL LIETZKE,                ) CASE NO.
                             )
         PLAINTIFF,          )
                             )   False Imprisonment,
VS.                          )   Harrassment,
                             )   False Arrest
GREYHOUND LINES, INC.,       )
                             )
         DEFENDANTS.         )

1. And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

2. And I saw the Great White Throne Judgment, and Him that sat upo it from whose face the Earth and Heaven fled away, and there was found no place for them, YOU, and the books were opened, YOU, and another book was opened which is the Book of Life, and I saw the dead, YOU, both grea and small, and the dead, YOU, And the dead, YOU, were judged out of thos things which were written in the books according to their works.

3. And Death and Hell, YOU, were cast into the Lake of Fire, YOU. This is the Second Death, YOU,  And whosoever, YOU, was not found writte in the Book of Life was cast into the Lake of Fire, YOU.

VALIDATED, VERIFIED, CERTIFIED, AND CONFIRMED, MAY 12, 2020

4. Jurisdiction founded on the existence of a federal question and amount in controversy.

5. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

6. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00.

RECEIVED CLERK
JAN 1 6 2024
U.S. DISTRICT COURT

7. On or about April 20, 2018 at about 5:30p.m., on the date the Plaintiff arrived at the Birmingham, Alabama Greyhound Lines terminal by Greyhound bus from the Nashville, Tennessee Greyhound Lines terminal, Greyhound Lines, Inc. procured false imprisonment of, unlawful arrest of harassment of, and unlawful violation of the personal liberty of the Plaintiff for any appreciable time, however brief. Greyhound Lines, Inc committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therefor and for any appreciable time however brief in the Birmingham City Jail. Greyhound Lines, Inc. purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other unreasonable duress without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the Defendants' conduct.

8. On or about April 20, 2020, at about 5:30p.m., Greyhound Lines, Inc. struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to unlawful physical contacts.

9. As a proximate result of the Defendants' acts, Greyhound Lines, Inc. violated the Plaintiff's First, Second, Third, Fourth, Fifth, Sixth, and Seventh Amendment rights of the United States Constitution.

Wherefore Plaintiff will receive this Judgment, Wherefore Plaintiff orderes this Judgment, Wherefore Plaintiff demands this Judgment, WHEREFORE THIS IS YOUR JUDGMENT:

1. And I looked and beheld a pale horse, YOU, and the name of the that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

unlawful act after another , struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to multiple unlawful physical contacts.

14. On or about December 19, 2002, when the County of Montgomery, Et Al abducted and kidnapped the Plaintiff without probable cause therefor and dragged the Plaintiff to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, the County of Montgomery, Et Al in the course of one unlawful act after another, violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, and Seventh Amendment rights of the United States Constitution.

15. As a proximate consequence of the Defendants ' acts, the Plaintiff suffered First Degree Kidnapping, Harassment, and False Imprisonment civil rights violations and demands the District of Utah to arraign Defendants for Federal Kidnapping Charges as set forth in this Complaint, and arraign the other Defendants for the other civil rights violations as set forth in Plaintiff's other civil rights Complaints that were NEVER FILED IN ALABAMA AND NEVER FILED IN ANY ADJACENT STATES NEXT TO ALABAMA, NO NOT ONCE, NO, NOT ONE, AND THE PLAINTIFF'S CIVIL RIGHTS COMPLAINTS WERE NEVER SCHEDULED FOR ANY TRIALS OR ANY HEARINGS IN ANY COURT, AND THE PLAINTIFF'S CIVIL RIGHTS COMPLAINTS WERE NEVER TRIED AND HEARD IN ANY COURT, NO, NOT ONCE, NO, NOT ONE.

16. IF ANYBODY OR ANYTHING FROM ANY AREA IN ALABAMA, Minnesota, or Texas and any place therefrom CONTACTS THE PLAINTIFF IN THESE CASES, BILL LIETZKE, BY WAY OF UNITED STATES POSTAL SERVICE, U. P. S., OR BY ANY OTHER KIND OF WAY, ANY AND ALL AFOREMENTIONED VIOLATORS WILL BE SUBJECT TO CRIMINAL PROSECUTION IMMEDIATELY BY THE F B I, THE A T F, THE C I A, AND/OR THE F C C FOR THE CRIME OF HARASSMENT COMMUNICATIONS AND ALL OTHER CRIMINAL OFFENSES THAT THE DISTRICT OF Utah DEEMS APPROPRIATE.

1      2.   And I saw the Great White Throne Judgment, and Him that sat upon
2 it from whose face the Earth and Heaven fled away, and there was found
3 no place for them, YOU, and the books were opened, YOU, and another book
4 was opened which is the Book of Life, and I saw the dead, YOU, both great
5 and small, and the dead, YOU, and the dead, YOU, were judged out of those
6 things which were written in the books according to their works.
7      3.   And Death and Hell, YOU, were cast into the Lake of Fire, YOU.
8 This is the Second Death, YOU.  And whosoever, YOU, was not found written
9 in the Book of Life was cast into the Lake of Fire, YOU.
10
11
12                                      [signature]
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28